AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLESEX, SS.                    District of    **MASSACHUSETTS**

JUAN CARLOS PENA

                                    **SUMMONS IN A CIVIL CASE**

v.

RICARDO MORENO                      # 04    10225 RCL

                                    CASE NUMBER:

TO: (Name and address of Defendant)
    **RICARDO MORENO**
    **7 SURRO DR.**
    **FRAMINGHAM, MA 01701**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TODD S. HEYMAN, SHAPIRO HABER & URMY, LLP, 75 STATE ST., BOSTON, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    FEB 2 - 2004

CLERK                                           DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | FEBRUARY 11, 2004 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| ELIZABETH LEE FULLER | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

XX Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: MARRSELE (MORENO) FELIPPIN, SISTER

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $24.00 | $25.00 | $49.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   FEB. 11, 2004
          Date

*Signature of Server*   ELIZABETH LEE FULLER, CONSTABLE

ZROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.