UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JUAN CARLOS PENA**

V.                                              **CIVIL ACTION NO. 04-10225-RCL**

**RICARDO MORENO**

### NOTICE OF DEFAULT

For failure of the defendant, **Ricardo Moreno** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 23rd day of March, 2004.

TONY ANASTAS, CLERK

By: /s/ Lisa M. Hourihan
     Deputy Clerk

March 23, 2004