United States District Court
Boston District

Juan Carlos Pena )
 Plaintiff )
)
v. )
)
Ricardo Moreno )
 Defendant )

# 04-10225 RCL
Filed In Hand on
March 25, 2004
at 11:35 AM

"Motion to Remove Default"

 Now comes the Defendant, Ricardo Moreno who through volunteer counsel, Paulo J. Moura, who will not be filing an appearance in the substantive case, herein requests this Honorable Court to remove the default on March 23, 2004, as the parties had assented to file the Answer late on or before March 25, 2004 (see copy attached).

 The Assented motion to extend time to file Answer was dated March 16, 2004 and faxed by Attorney Moura to the Court (&Plaintiff) on or before March 18, 2004.

 For reasons stated above and those included in Attorney Moura's Affidavit of removing "Default", the defendant requests this Court remove the default and consider his (Defendant's) Motion to Dismiss herein filed. If the Court wishes not to act on the Motion to Dismiss, that he (Defendant) be given one final continuance of 10 days to retain an attorney who specializes in employment law.

Respectfully requested on
behalf of Pro se Defendant,

*Paulo Jose Moura*

Paulo J. Moura, BBO 567596
Moura & Moura, 11 Russell Street,
Plymouth, MA 02360
(508) 747-0111

March 25, 2004
at Noon