United States District Court
Boston District

#04-10225 RCL

Filed In Hand on
March 25, 2004
at 11:35 AM pm.

Juan Carlos Pena )
   Plaintiff        )
                    )
v.                  )
                    )
Ricardo Moreno      )
   Defendant        )
                    )

## Affidavit In Support of Removing "Default"

I learned this morning when filing Defendant's Motion to Dismiss that he had been "defaulted" on March 23, 2004 despite an assented to motion to extend the Answer Period "through March 25, 2004" as previously faxed by my office on or before March 18th, 2004 w/ my fax cover sheet. Today, I spoke to Plaintiff's attorney in person where he stated that the Court had called him and where he advised the Court that he had assented to file the Answer late through March 25, 2004 — nonetheless, the Court proceeded with the default.

As such, I would respectfully request this Court to remove on behalf of the "Pro se" litigant the Default and to allow his Motion to Dismiss, or a hearing on said Motion, so that he may retain an "Employment Law" attorney to argue his motion and defend him generally.

Please contact Mr. Moreno directly on his cell phone: (617) 312-5959 in the event he needs to appear to remove the default or if the default is removed in due course, so that he and his retained attorney can appear at the Motion to Dismiss Hearing. SWORN under the pains and penalties of perjury on this 25th day of March, 2004: Paulo J. Moura BBO 567596  Moura & Moura, 11 Russell St., Plymouth MA 02360 (508) 747-0111