UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN CARLOS PENA )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>RICARDO MORENO )<br>)<br>Defendant )<br>) | Civil Action No. 04-10225RCL<br><br>**MOTION TO EXTEND<br>DEFENDANT'S TIME<br>TO FILE AN ANSWER** |

I, Ricardo Moreno, defendant in the above captioned matter, respectfully request an extension to file an answer in this case through March 25, 2004 as I am in the process of seeking and retaining an attorney.

The Plaintiff's attorney of record, does not object to this Motion as I have spoken with him and he has also left a detailed message on my voice mail indicating such on this 16th day of March 2004.

Respectfully requested,

Ricardo Moreno
Pro Se
7 Surro Drive
Framingham, MA 01701
(617) 312-5959

March 16, 2004

**CERTIFICATE OF SERVICE**

I, Ricardo Moreno, defendant in the above captioned matter, have mailed a copy of the foregoing Motion to Plaintiff's counsel of record, Todd Heyman, Esq., Shapiro, Haber & Urmy, LLP, 75 State Street, Boston, MA 02109 by U.S. First Class Mail, and will file a copy in hand to the Civil Clerk's Office of the United States District Court, Boston on Wednesday, March 17, 2004:

Sworn under the pains and penalties of perjury:

Ricardo Moreno

↳ Faxed by Paulo J. Moren on or before March 18, 2004 to Clerk's office w/ his fax cover sheet. Sworn, Paulo J. Moren 3/25/04 pm.
BBO No. 567596