UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN CARLOS PENA )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>RICARDO MORENO )<br>)<br>Defendant )<br>) | Civil Action No. 04-10225RCL<br><br>**MOTION TO DISMISS COMPLAINT / IMPROPER PARTY: FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |

    Now comes the defendant in the above captioned matter, and respectfully moves this Honorable Court to dismiss the Complaint in accordance with Federal Rules of Civil Procedure Rule 12(4)(b)(2, 4, 6 & 7), as follows:

1. Plaintiff wrongfully names the defendant as the employer of the plaintiff, when in fact he is his foreman. Please see attached, Defendant's **Exhibit One**, copy of canceled check # 2149 made payable to the Plaintiff by D.N.C.S., Inc. (a Rhode Island Corporation) which check is signed by the Corporation's Agent / Director / President, Santos David Nunez (Plaintiff's cousin / relative). See Defendant's **Exhibit Two** (R.I. Corporations Search on D.N.C.S., Inc.). See also Defendant's **Exhibit Three** (D.N.C.S. Inc. copy of completed Application for Tax I.D. Number / SS-4 Form signed and executed by the President of said Corporation, Santos David Nunez).

    **WHEREFORE**, defendant respectfully requests this Honorable Court to dismiss the above captioned case against the defendant for failure of Plaintiff to exercise due diligence in determining and naming the proper party to this action by wrongfully suing the defendant (foreman / fellow employee) rather than the actual employer (said corporation / officers of said corporation - coincidently Plaintiff's Cousin / Relative).

    Defendant otherwise requests costs and potential attorney's fees in having to defend himself from being improperly named as a party to this case.

    In the alternative, if this Honorable Court does not act upon this Motion to Dismiss that it be stayed or dismissed without prejudice and grant the Defendant an additional 10 days to file an Answer, counterclaims and request for joinder of an additional party.

Respectfully requested,

*[signature]*

Ricardo Moreno
Pro Se
7 Surro Drive
Framingham, MA 01701
(617) 312-5959

March 24, 2004

## CERTIFICATE OF SERVICE

I, Ricardo Moreno, defendant in the above captioned matter, have delivered or caused to be delivered on this 25th day of March, 2004 a copy of the foregoing Motion to Dismiss to Plaintiff's counsel of record, Todd Heyman, Esq., Shapiro, Haber & Urmy, LLP, 75 State Street, Boston, MA 02109 **and a copy of same in hand** to the Civil Clerk's Office of the United States District Court, Boston on Thursday, March 25, 2004:

Sworn under the pains and penalties of perjury:   *[signature]*

Ricardo Moreno