UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN CARLOS PENA )<br>         Plaintiff )<br> )<br>v.                                                    )<br> )<br>RICARDO MORENO              )<br> )<br>         Defendant  )<br> )<br>_____) | Civil Action No. 04-10225RCL<br><br>**DEFENDANT'S AFFIDAVIT IN SUPPORT OF HIS MOTION TO DISMISS COMPLAINT / IMPROPER PARTY: FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |

    I, Ricardo Moreno, an individual who resides at 7 Surro Drive, Framingham, MA 01701 solemnly swear to the following under the pains and penalties of perjury:

1. Plaintiff's action to recover "unpaid wages" against me is misdirected, as I, like him am / was an employee of D.N.C.S., Inc., a Rhode Island Corporation formed and administered by Plaintiff's cousin, Santos David Nunez.

2. Plaintiff asked to borrow money from his said cousin, Mr. Nunez, who apparently refused to loan the plaintiff money. Subsequently, the plaintiff asked me following his departure as an employee of D.N.C.S., Inc., to "borrow" five hundred dollars ($500.00) so that he could buy a car. When I refused to let him "borrow" the money, he threatened that he would "sue my ass".

3. Following the threats I told Mr. Nunez (President of D.N.C.S., Inc.) to tell his cousin to stop threatening me as I was not responsible for his cousin's personal life.

4. In turn, I have been wrongfully named as a Plaintiff where the Defendant has failed to disclose to his attorney the actual employer and defendant to this action.

5. Had Plaintiff been truthful with his counsel and had the latter reviewed all canceled checks over the alleged 16 month period that he avers in his Complaint - that during those SIXTY FOUR WEEKS, the Company President (Plaintiff's cousin) had asked me to cover two weeks of the Plaintiff's wages as the business checks were on order / reorder and that the other sixty two weeks were paid by said Corporation akin to **Exhibit One** of my Motion.

    **WHEREFORE**, I respectfully pray that this Court allow the herein attached "Motion to Dismiss" with prejudice and order Plaintiff to pay me the costs and necessary attorney's fees in

preparing and presenting the Motion to Dismiss.

Respectfully requested,

Ricardo Moreno
Pro Se
7 Surro Drive
Framingham, MA 01701
(617) 312-5959

March 24, 2004

## CERTIFICATE OF SERVICE

I, Ricardo Moreno, defendant in the above captioned matter, have delivered or caused to be delivered on this 25th day of March, 2004 a copy of the foregoing Defendant's "Affidavit in Support of his Motion to Dismiss" to Plaintiff's counsel of record, Todd Heyman, Esq., Shapiro, Haber & Urmy, LLP, 75 State Street, Boston, MA 02109 **and a copy of same in hand** to the Civil Clerk's Office of the United States District Court, Boston on Thursday, March 25, 2004:

Sworn under the pains and penalties of perjury:

Ricardo Moreno