UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN CARLOS PENA<br><br>　　　　Plaintiff<br><br>v.<br><br>RICARDO MORENO<br><br>　　　　Defendant | Civil Action No. 04-10225RCL<br><br>**DEFENDANT'S REQUEST TO REMOVE HIS MOTION TO DISMISS DATED MARCH 24, FROM THE DOCKET** |

I, Ricardo Moreno, defendant in the above captioned matter, respectfully request my Motion to Dismiss dated March 24, 2004 to be removed from the Court's docket.

In support of this request, please find my attached affidavit.

Respectfully requested,

Ricardo Moreno
Pro Se
7 Surro Drive
Framingham, MA 01701
(617) 312-5959

April 1, 2004

### CERTIFICATE OF SERVICE

I, Ricardo Moreno, defendant in the above captioned matter, have delivered or caused to be delivered on this _1st_ day of April, 2004 a copy of the foregoing Defendant's "Request to Remove Motion to Dismiss dated March 24, 2004 from the Docket" to Plaintiff's counsel of record, Todd Heyman, Esq., Shapiro, Haber & Urmy, LLP, 75 State Street, Boston, MA 02109 **and a copy of same in hand** to the Civil Clerk's Office of the United States District Court, Boston on the _1st_ April, 2004:

Sworn under the pains and penalties of perjury:

Ricardo Moreno