UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN CARLOS PENA ) | Civil Action No. 04-10225RCL |
| Plaintiff ) |  |
| ) | DEFENDANT'S AFFIDAVIT |
| v. ) | IN SUPPORT OF HIS |
| ) | MOTION TO REMOVE HIS |
| RICARDO MORENO ) | MOTION TO DISMISS |
| ) | DATED MARCH 24, 2004 |
| Defendant ) | FROM THE DOCKET |

I, solemnly swear to the following:

1. That the filing of the Motion to Dismiss as a pro se litigant may have been premature;

2. I only ask a date certain from the Court so that I may have the benefit and assistance of an attorney who specializes in the subject matter of the Complaint in order to prepare and file an Answer or necessary pleadings, motions, etc..

**WHEREFORE**, I respectfully request this Honorable Court to please remove my Motion to Dismiss & supporting Affidavit and exhibits from the docket, allow my previous Motion to Remove the Default (for reasons stated therein) so that I may retain an attorney to properly defend me (reserving all rights and pleadings until such time as the Court instructs the Answer to be due).

Respectfully requested,

Ricardo Moreno
Pro Se
7 Surro Drive
Framingham, MA 01701
(617) 312-5959

April 1, 2004

### CERTIFICATE OF SERVICE

I, Ricardo Moreno, defendant in the above captioned matter, have delivered or caused to be delivered on this /st day of April, 2004 a copy of the foregoing Defendant's " Affidavit in Support of his Motion to Remove (Defendant's) Motion to Dismiss dated March 24, 2004 from

the Docket" to Plaintiff's counsel of record, Todd Heyman, Esq., Shapiro, Haber & Urmy, LLP, 75 State Street, Boston, MA 02109 **and a copy of same in hand** to the Civil Clerk's Office of the United States District Court, Boston on the ___1st___ April, 2004:

Sworn under the pains and penalties of perjury:  _____
Ricardo Moreno