UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN CARLOS PEÑA,<br>    Plaintiff<br><br>V.<br><br>RICARDO MORENO,<br>    Defendant | CIVIL ACTION NO. 0410225 RCL |

### **DEFENDANT RICARDO MORENO'S ANSWER TO COMPLAINT**

1. Denied.

2. Admit

3. Denied.

4. The defendant admits that he resides in this district.

5. Denied.

6. The defendant is without sufficient knowledge to either admit or deny the allegations contained in this paragraph.

7. Denied.

8. Admit.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. The defendant re-alleges and restates his answers to paragraphs 1 through 19 and incorporates them herein.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. The defendant re-alleges and restates his answers to paragraphs 1 through 24 above and incorporates them herein.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. The defendant re-alleges and restates his answers to paragraphs 1 through 29 and incorporates them herein.

31. The defendant is without sufficient knowledge to either admit or deny the allegations contained in this paragraph.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Defendant re-alleges and restates his answers to paragraphs 1 through 35 and incorporates them herein.

37. The defendant is without sufficient knowledge to either admit or deny the allegations contained in this paragraph.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

WHEREFORE, the defendant requests that the plaintiff's complaint be dismissed and that he be awarded its costs and attorney's fees in the defense of this action.

DEFENDANT DEMANDS A TRIAL BY JURY.

### AFFIRMATIVE DEFENSES-JURISDICTION

And further answering, the plaintiff's complaint fails to state a claim upon which relief can be granted.

And further answering, the defendant states that the plaintiff's complaint fails to add an indispensable party.

And further answering, the defendant states that the plaintiff has unclean hands and, therefore, is unable to recover.

And further answering, the defendant states that the plaintiff's complaint is barred by the doctrine of estoppal.

DEFENDANT,
By his attorney,

*Michael B. Brodigan*
Michael B. Brodigan
Brodigan and Gardiner
40 Broad Street
Boston, MA 02109
617-542-1871
BBO#566829

Dated: April 15, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 4/15/04