UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN CARLOS PEÑA,<br><br>    Plaintiff,<br><br>v.<br><br>RICARDO MORENO,<br><br>    Defendant. | Civ. A. No. 04-10225-RCL |

**JOINT MOTION FOR APPROVAL OF**
**CONFIDENTIAL SETTLEMENT AGREEMENT**

Plaintiff and Defendant hereby respectfully move this Court for an order approving the Confidential Settlement Agreement ("Agreement") entered into by the parties as presented to the Court for review on June 9, 2004.

As grounds for this joint motion the parties hereby state:

1.  An employee's rights under the Fair Labor Standards Act cannot be compromised by private agreement without approval of the Court. *See generally, Lynn's Food Stores, Inc. v. U.S*, 679 F.2d 1350, 1353 (11th Cir. 1982)(citing *Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697 (1945)).

2.  The Agreement was arrived at as a result of good faith settlement negotiations conducted at arms length.

3.  Both Plaintiff and Defendant have decided that the Agreement represents a fair compromise that allows each party to avoid the costs and risks of continued litigation and bring this matter to a prompt and efficient resolution.

For the reasons stated herein, the parties respectfully request that this Court grant approval of

the Agreement.

Respectfully submitted,

_____
Michael B. Brodigan (BBO#566829)
Brodigan and Gardiner
40 Broad Street
Boston, MA 02109
(617) 542-1871
ATTORNEY FOR DEFENDANT

_____
Todd Heyman (BBO #643804)
Shapiro Haber & Urmy LLP
53 State Street, Suite 3700
Boston, MA 02109
(617) 439-3939
ATTORNEY FOR PLAINTIFF

# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd S. Heyman
Matthew L. Tuccillo

*Counsel*
Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
theyman@shulaw.com

2004 JUN -7 P 4:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 7, 2004

**BY HAND DELIVERY**

Lisa Hourihan
Courtroom Clerk for Judge Lindsay
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Ms. Hourihan:

04CV10225 RCL

Pursuant to my various voice mail messages that I have left you, I enclose two documents with this letter.

**First**, I enclose the parties' Joint Motion for Approval of Confidential Settlement Agreement to be presented to the Court at our 2:00pm conference this Wednesday, June 9, 2004. This motion may be filed with the Court at this time.

**Second**, I enclose a courtesy copy of an <u>unexecuted</u> draft of the parties' Confidential Settlement Agreement. **This document is not to be filed with the Court as it contains the confidential terms of the parties' settlement agreement.** The parties provide this version to the Court in anticipation of the conference this week, in which the parties will present the Court with an executed version of the agreement for the Court's approval. Because one of the claims in this action is brought under the Fair Labor Standards Act, any settlement of those rights must be approved by the Court.

If you have any questions concerning these matters, please do not hesitate to contact me.

Sincerely,

Todd S. Heyman

cc: Michael Brodigan, Esq. (w/enclosures)