UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JUAN CARLOS PENA**

**V.**                                        **CIVIL ACTION NO. 04-10225-RCL**

**RICARDO MORENO**

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

LINDSAY, D.J.

 The Court having been advised by counsel for the parties that the above-entitled action has been settled;

 IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by August 3, 2004, to reopen the action if settlement is not consummated.

                                        /s/ Lisa M. Hourihan

June 10, 2004                    --------------------------
                                        Deputy Clerk